**Opinion issued December 4, 2018**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-18-00918-CR

———————————

## IN RE NEVIL CECILIO LOPEZ, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Nevil Cecilio Lopez has filed a petition for writ of mandamus seeking to compel the trial court to rule on his motion seeking copies of the Grand Jury Transcript and Memorandum.[1]

We deny the petition. *See* TEX. R. APP. P. 52.8(a).

---

[1]    The underlying case is *State of Texas v. Nevil Cecilio Lopez*, cause number 1193264, pending in the 230th District Court of Harris County, Texas, the Honorable Brad Hart presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).